[No. 30195-1-I. Division One. December 27, 1993.]

DONALD R. RIMMER, *Appellant*, v. TRACY WHALEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-12498-1, John M. Darrah, J., entered Janu-

ary 24, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Baker, JJ.